

# Fourth Court of Appeals
## San Antonio, Texas

June 12, 2018

No. 04-17-00317-CV

Lloyd Hurt **KELLNER**, Trent C. Kellner, Linda Cunningham, Independent Administrator of The Estate of William Smith Nelson, Jr., Billie Alleen Kuhnel, Michael James Dworaczyk, Evelyn Hartman, Katherine Zaiontz, Otto Leo Henke, Jr., Patricia Ann Henke et al, Appellants

v.

**XTO ENERGY, INC**., Newfield Exploration Company, Imperial Oil Company, Momentum Oil & Gas, LLC and Modelo Energy, LLC, Appellees

From the 218th Judicial District Court, Atascosa County, Texas
Trial Court No. 15-09-0864-CVA
Honorable Russell Wilson, Judge Presiding

# O R D E R

This appeal was initially abated on February 22, 2018, to allow the parties time to obtain approval of a settlement agreement from the probate court. On March 21, 2018, we issued an order informing the parties that this appeal would remain abated and directing the appellees to advise this Court, in writing, of the status of the probate court's review of the settlement agreement on or before May 2, 2018.

On May 2, 2018, the appellees filed a letter informing this Court that the probate court signed an order granting a motion to approve a settlement agreement on April 21, 2018. The appellees said they anticipated that a request for an agreed dismissal of this appeal would follow and they requested the continued abatement of this appeal. On May 3, 2018, the appellants filed a letter informing this court that they agreed to the continued abatement of this appeal. Although we did not issue an new abatement order in response to the parties' letters, we have allowed this appeal to remain abated.

As of the date of this order, a request for an agreed dismissal of this appeal has not been filed. We, therefore, ORDER the appellees to explain, in writing, **on or before July 12, 2018**, why the abatement of this appeal should remain in effect. This Court will entertain a motion for an agreed dismissal of this appeal in lieu of an explanation from the appellees.

Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 12th day of June, 2018.



KEITH E. HOTTLE,
Clerk of Court